KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law; A Law Corporation

STEVEN GUTTMAN    1289
MIRIAH HOLDEN       9011
220 South King Street, Suite 1900
Honolulu, Hawaii 96813
Telephone:  (808) 536-1900
Facsimile:   (808) 529-7177
Email:   sguttman@kdubm.com

Attorneys for Defendant
GLOBAL CREDIT & COLLECTION CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOEL PATRICIO, | CIVIL NO. CV10-00548 LEK/RLP |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER** |
| vs. | |
| GLOBAL CREDIT & COLLECTION CORP., a Delaware corporation, DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10, DOE NON-PROFIT CORPORATIONS 1-10, and DOE GOVERNMENTAL ENTITIES 1-10 | Early Settlement Conference: May 6, 2011<br>Time:  2:00 p.m.<br>Judge:  Hon. Richard L. Puglisi<br><br>Jury Trial: January 18, 2012<br>Judge: Hon. Leslie E. Kobayashi |
| Defendant. | |

G:\docs\starr\CIVIL ORDERS\Patricio Stip Dismissal All Claims.wpd

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES and ORDER

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JOEL PATRICIO and Defendant GLOBAL CREDIT & COLLECTION CORP., a Delaware corporation, by and through their respective counsel, and pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, that any and all claims against all parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have signed this Stipulation. No motion for summary judgment has been filed by either party.

This matter is scheduled for an early settlement conference before the Honorable Richard L. Puglisi on May 6, 2011 at 2:00 p.m. Further, trial by jury was set for January 18, 2012 before the Honorable Leslie E. Kobayashi.

DATED:   Honolulu, Hawaii, April 12, 2011.

  /s/ Michael P. Kalish
MICHAEL P. KALISH

  /s/ Stuart T. Ing
STUART T. ING
Attorneys for Plaintiff
JOEL PATRICIO

      /s/ Steven Guttman
STEVEN GUTTMAN
MIRIAH HOLDEN
Attorneys for Defendant
GLOBAL CREDIT &
COLLECTION CORP.

APPROVED AND SO ORDERED:



      /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

In re: Joel Patricio v. Global Credit & Collection Corp., et al.;
Civil No. 10-00548; Stipulation for Dismissal With Prejudice of
All Claims and Parties and Order